UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IVAN JONES,<br><br>   Petitioner,<br>v.<br><br>SUPERINTENDENT KNIGHT<br><br>   Respondent. | No. 1:06-cv-1839-DFH-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 5/14/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov

Ivan Jones
#923147
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064